REVERSE the order granting the motion to dismiss AND
 REMAND this matter to the district court for further proceedings
 consistent with this order.'

 Hardesty

 Douglas
 D,7,4 J.

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent Nationstar lost its lien priority by virtue of the
 homeowners association's nonjudicial foreclosure sale. I recognize,
 however, that SFR Investments is now the controlling law and, thusly,
 concur in the disposition of this appeal.

 J.

 cc: Hon. Jerry A. Wiese, District Judge
 Law Offices of Noggle Law PLLC
 Akerman LLP/Las Vegas
 Miles, Bauer, Bergstrom & Winters, LLP
 Eighth District Court Clerk

 1 The injunction imposed by our January 22, 2014, order is vacated.

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A